CLOSED, CMP

# U.S. District Court
# Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00249-RLY-WGH

| | |
|---|---|
| DEPAUW UNIVERSITY v. HENNESSEE GROUP LLC et al | Date Filed: 10/12/2005 |
| Assigned to: Judge Richard L. Young | Jury Demand: None |
| Referred to: Magistrate Judge William G. Hussmann, Jr | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Securities Violation | |

**Plaintiff**

**DEPAUW UNIVERSITY**     represented by     **David K. Herzog**
BAKER & DANIELS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317)237-1240
Fax: (317)237-1000
Email: david.herzog@bakerd.com

*ATTORNEY TO BE NOTICED*

**Matthew Thomas Albaugh**
BAKER & DANIELS
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-1359
Fax: (317) 237-1000
Email: matthew.albaugh@bakerd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HENNESSEE GROUP LLC**     represented by     **Bennett Falk**
BRESSLER AMERY & ROSS

P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027
(954) 499-7979
Fax: (954) 499-7969
Email: bfalk@bressler.com
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Brian Amery**
BRESSLER, AMERY & ROSS, P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027
US
(954) 499-7979
Fax: (954) 499-7969
*Pro Hac Vice*

**Matthew E. Wolper**
BRESSLER AMERY & ROSS P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027
(954) 499-7979
Fax: (954) 499-7969
Email: mwolper@bressler.com
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Anne L. Cowgur**
MCTURNAN & TURNER
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
317-464-8181
Fax: 317-464-8131
Email: acowgur@mtlitigation.com
*ATTORNEY TO BE NOTICED*

**Lee B. McTurnan**
MCTURNAN & TURNER
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317)464-8181
Fax: (317) 464-8131
Email: lmcturnan@mtlitigation.com
*ATTORNEY TO BE NOTICED*

**Wayne C Turner**
MCTURNAN & TURNER
2400 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 464-8181
Fax: (317) 464-8131
Email: wturner@mtlitigation.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**CHARLES GRADANTE**     represented by    **Bennett Falk**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Brian Amery**
(See above for address)
*Pro Hac Vice*

**Matthew E. Wolper**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Anne L. Cowgur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee B. McTurnan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Wayne C Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

E. LEE HENNESSEE     represented by   **Bennett Falk**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Brian Amery**
(See above for address)
*Pro Hac Vice*

**Matthew E. Wolper**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Anne L. Cowgur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee B. McTurnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wayne C Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2005 | 1 | COMPLAINT against HENNESSEE GROUP LLC, CHARLES GRADANTE, E. LEE HENNESSEE , filed by DEPAUW UNIVERSITY. (Attachments: # 1 Exhibit A # 2 Exhibit B)(NKD, ) (Entered: 10/12/2005) |
| 10/12/2005 | 2 | CIVIL COVER SHEET by DEPAUW UNIVERSITY. (NKD, ) (Entered: 10/12/2005) |
| | | |

| 10/12/2005 | 3 | NOTICE of Appearance by David K. Herzog on behalf of DEPAUW UNIVERSITY. (NKD, ) (Entered: 10/12/2005) |
|---|---|---|
| 10/12/2005 | 4 | NOTICE of Appearance by Matthew Thomas Albaugh on behalf of DEPAUW UNIVERSITY. (NKD, ) (Entered: 10/12/2005) |
| 10/12/2005 | 5 | Summons Issued as to HENNESSEE GROUP LLC, CHARLES GRADANTE, E. LEE HENNESSEE. (NKD, ) (Entered: 10/12/2005) |
| 10/12/2005 | 6 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction (NKD, ) (Entered: 10/12/2005) |
| 10/12/2005 | 7 | RECEIPT #102-7185 in the amount of $ 250.00 filing fee. (NKD, ) (Entered: 10/12/2005) |
| 10/20/2005 | 8 | CORPORATE DISCLOSURE STATEMENT by DEPAUW UNIVERSITY. (Albaugh, Matthew) (Entered: 10/20/2005) |
| 11/01/2005 | 9 | NOTICE of Appearance by Lee B. McTurnan on behalf of all defendants (McTurnan, Lee) (Entered: 11/01/2005) |
| 11/01/2005 | 10 | NOTICE of Appearance by Wayne C Turner on behalf of all defendants (Turner, Wayne) (Entered: 11/01/2005) |
| 11/01/2005 | 11 | NOTICE of Appearance by Anne L. Cowgur on behalf of all defendants (Cowgur, Anne) (Entered: 11/01/2005) |
| 11/01/2005 | 12 | NOTICE of Parties' First Extension of Time by all defendants (Cowgur, Anne) (Entered: 11/01/2005) |
| 12/09/2005 | 13 | Unopposed MOTION for Extension of Time to December 27, 2005 *to Respond To Complaint* by all defendants. (Attachments: # 1 Text of Proposed Order Granting Defendants Motion For 15-Day Extension To Respond To Complaint)(Cowgur, Anne) (Entered: 12/09/2005) |
| 12/12/2005 | 14 | ORDER granting 13 Motion for Extension of Time to 12/27/05 to respond to the complaint. Signed by Judge William G. Hussmann Jr. on 12/12/05. (TMD) (Entered: 12/12/2005) |
| 12/23/2005 | 15 | Unopposed MOTION for Extension of Time to January 6, 2005 *to Respond To Complaint* by all defendants. (Attachments: # 1 Text of Proposed Order Granting Defendants Motion For Enlargement Of Time To Respond To Complaint)(Cowgur, Anne) (Entered: 12/23/2005) |

| | | |
|---|---|---|
| 12/29/2005 | 16 | ORDER granting 15 Motion for Extension of Time to 1/06/06 to Respond To Complaint . Signed by Judge William G. Hussmann Jr. on 12/29/05. (TMD) (Entered: 12/29/2005) |
| 01/06/2006 | 17 | MOTION to Appear pro hac vice by all defendants. (Attachments: # 1 Affidavit of Bennett Falk, Brian Amery and Matthew Wolper# 2 Appearance of Bennett Falk# 3 Appearance of Brian Amery# 4 Appearance of Matthew Wolper# 5 Text of Proposed Order Granting Motion for Leave to Appear Pro Hac Vice)(Cowgur, Anne) (Entered: 01/06/2006) |
| 01/06/2006 | 18 | ***WITHDRAWN PER ORDER 22 - duplicate*** MOTION to Dismiss *or, In the Alternative, To Transfer* by all defendants. (Attachments: # 1 Text of Proposed Order Granting Motion to Dismiss Or, In The Alternative, To Transfer)(Cowgur, Anne) Modified on 1/10/2006 (TMD). (Entered: 01/06/2006) |
| 01/06/2006 | 19 | MOTION to Dismiss *Or, In The Alternative To Transfer* by all defendants. (Attachments: # 1 Text of Proposed Order Granting Motion To Dismiss Or, In The Alternative, To Transfer)(Cowgur, Anne) (Entered: 01/06/2006) |
| 01/06/2006 | 20 | BRIEF/MEMORANDUM in Support re 19 MOTION to Dismiss *Or, In The Alternative To Transfer* filed by all defendants. (Attachments: # 1 Exhibit A - Affidavit of Charles Gradante# 2 Exhibit B - Affidavit of Elizabeth Lee Hennessee# 3 Exhibit C - Investment Advisory Agreement)(Cowgur, Anne) (Entered: 01/06/2006) |
| 01/09/2006 | 21 | MOTION to Withdraw *Duplicate Filing (Docket Entry 18)* by all defendants. (Attachments: # 1 Text of Proposed Order Granting Motion to Withdraw Duplicate Filing)(Cowgur, Anne) (Entered: 01/09/2006) |
| 01/09/2006 | 23 | RECEIPT #104 3858 in the amount of $ 90.00 AMERY & WOLPER (VS, ) (Entered: 01/11/2006) |
| 01/10/2006 | 22 | ORDER granting 21 Motion to Withdraw 18 MOTION to Dismiss *or, In the Alternative, To Transfer* as duplicate filing. Signed by Judge William G. Hussmann Jr. on 1/10/06. (TMD) (Entered: 01/10/2006) |
| 01/11/2006 | 24 | ORDER granting 17 Motion to Appear pro hac vice. Attorney Bennett Falk Matthew Wolper and Brian Amery for |

| | | |
|---|---|---|
| | | defendants HENNESSEE GROUP LLC and CHARLES GRADANTE added . Signed by Judge William G. Hussmann Jr. on 1/11/06. (TMD) (Entered: 01/12/2006) |
| 01/20/2006 | ●25 | RESPONSE in Opposition re 19 MOTION to Dismiss *Or, In The Alternative To Transfer* filed by DEPAUW UNIVERSITY. (Attachments: # 1 Exhibit A (Part 1 of 3)# 2 Exhibit A (Part 2 of 3)# 3 Exhibit A (Part 3 of 3)# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D)(Albaugh, Matthew) (Entered: 01/20/2006) |
| 01/25/2006 | ●26 | SCHEDULING ORDER: Telephonic Initial Pretrial Conference set for 3/8/2006 09:15 AM (bridge) before Magistrate Judge William G. Hussmann Jr. Signed by Judge William G. Hussmann Jr. on 1/25/06. (TMD) (Entered: 01/25/2006) |
| 01/31/2006 | ●27 | REPLY in support of Motion re 19 MOTION to Dismiss *Or, In The Alternative To Transfer* filed by all defendants. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Cowgur, Anne) (Entered: 01/31/2006) |
| 02/24/2006 | ●28 | MOTION to Stay re 19 MOTION to Dismiss *Or, In The Alternative To Transfer*, 20 Brief/Memorandum in Support of Motion, *Proceedings And Discovery Pending Resolution Of The Motion To Transfer Related Cases Now Before The Judical Panel On Multidistrict Litigation And Motion In This Court To Dismiss Or To Transfer* by all defendants. (Attachments: # 1 Exhibit Plaintiffs Motion To Transfer# 2 Exhibit Letter from Chief Deputy Clerk# 3 Text of Proposed Order Order Granting Motion To Stay)(Cowgur, Anne) (Entered: 02/24/2006) |
| 03/01/2006 | ●29 | RESPONSE in Opposition re 28 MOTION to Stay re 19 MOTION to Dismiss *Or, In The Alternative To Transfer*, 20 Brief/Memorandum in Support of Motion, *Proceedings And Discovery Pending Resolution Of The Motion To Transfer Related Cases Now Before The Judical Panel On Mul* filed by DEPAUW UNIVERSITY. (Attachments: # 1 Exhibit)(Albaugh, Matthew) (Entered: 03/01/2006) |
| 03/01/2006 | ●30 | CASE MANAGEMENT PLAN TENDERED by DEPAUW UNIVERSITY *(Proposed)*. (Attachments: # 1 Exhibit) (Albaugh, Matthew) (Entered: 03/01/2006) |
| 03/06/2006 | ●31 | REPLY in support of Motion re 28 MOTION to Stay re 19 |

|  |  | MOTION to Dismiss *Or, In The Alternative To Transfer*, 20 Brief/Memorandum in Support of Motion, *Proceedings And Discovery Pending Resolution Of The Motion To Transfer Related Cases Now Before The Judical Panel On Mul* filed by all defendants. (Cowgur, Anne) (Entered: 03/06/2006) |
|---|---|---|
| 03/14/2006 | 32 | Minute Entry for proceedings held before Judge William G. Hussmann Jr.: Initial Pretrial Conference held on 3/8/2006. (TMD) (Entered: 03/14/2006) |
| 03/14/2006 |  | ORDER granting in part and denying in part 28 Motion to Stay Proceedings and Discovery. Signed by Judge William G. Hussmann Jr. on 3/14/06. (TMD) (Entered: 03/14/2006) |
| 03/14/2006 |  | ORDER: CASE MANAGEMENT PLAN APPROVED AS AMENDED IN ORDER 32. Settlement Conference set for 10/19/2006 01:00 PM in room #210 before Magistrate Judge William G. Hussmann Jr. Signed by Judge William G. Hussmann Jr. on 3/14/06. (TMD) (Entered: 03/14/2006) |
| 03/30/2006 | 33 | NOTICE of Filing *Initial Disclosures* by DEPAUW UNIVERSITY (Albaugh, Matthew) (Entered: 03/30/2006) |
| 05/04/2006 | 34 | CLOSED TRANSFER to MDL - Received certified copy of Order from clerk Southern District of New York re: MDL 1755. (NKD, ) (Entered: 05/04/2006) |
| 05/04/2006 | 35 | Letter re: transfer order (NKD, ) (Entered: 05/04/2006) |

**Case#: 2:05-cv-00249-RLY-WGH**