UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

2005 OCT 12 PM 12: 19

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| DEPAUW UNIVERSITY | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.:_____ |
| HENNESSEE GROUP LLC, CHARLES GRADANTE, and E. LEE HENNESSEE, | ) 2:05-cv-0249-RLY-WGH |
| Defendants. | ) |

## APPEARANCE

Matthew T. Albaugh of the firm of Baker & Daniels hereby enters his appearance as counsel for plaintiff DePauw University in the above-captioned case.

BAKER & DANIELS LLP

By: _____
Matthew T. Albaugh (#23293-49)
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
david.herzog@bakerd.com
matthew.albaugh@bakerd.com
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

Attorneys for Plaintiff,
DePauw University

BDDB01 4199660v1