
AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

**SUMMONS IN A CIVIL ACTION**

DEPAUW UNIVERSITY,

    Plaintiff,

    v.

HENNESSEE GROUP, LLC,
CHARLES GRADANTE, and
E. LEE HENNESSEE,

    Defendants.

CASE NUMBER:

**2:05-cv-0249-RLY-WGH**

TO: Charles Gradante
500 Fifth Avenue, 47th Floor
New York, NY 10110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

David K. Herzog (#8021-49)
Matthew T. Albaugh (#23293-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE  OCT 1 2 2005

AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

___SOUTHERN___ DISTRICT OF ___INDIANA, TERRE HAUTE DIVISION___

DEPAUW UNIVERSITY,

    Plaintiff,

    v.

HENNESSEE GROUP, LLC,
CHARLES GRADANTE, and
E. LEE HENNESSEE,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:05-cv-0249-RLY-WGH

TO:  Hennessee Group, LLC
c/o Highest Officer
500 Fifth Avenue, 47th Floor
New York, NY 10110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

David K. Herzog (#8021-49)
Matthew T. Albaugh (#23293-49)
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
CLERK

BY DEPUTY CLERK

OCT 1 2 2005
_____
DATE

AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

<u>    SOUTHERN    </u> DISTRICT OF <u> INDIANA, TERRE HAUTE DIVISION </u>

**SUMMONS IN A CIVIL ACTION**

DEPAUW UNIVERSITY,

    Plaintiff,

    v.

HENNESSEE GROUP, LLC,
CHARLES GRADANTE, and
E. LEE HENNESSEE,

    Defendants.

CASE NUMBER:

**2:05-cv-0249-RLY-WGH**

TO:    E. Lee Hennessee
          500 Fifth Avenue, 47th Floor
          New York, NY 10110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

    David K. Herzog (#8021-49)
    Matthew T. Albaugh (#23293-49)
    BAKER & DANIELS LLP
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN 46204
    (317) 237-0300

an answer to the complaint which is herewith served upon you, within <u>    23    </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_(signature)_
CLERK

_(signature)_
BY DEPUTY CLERK

OCT 1 2 2005
DATE