```
Wed Oct 12 12:27:01 2005

   UNITED STATES DISTRICT COURT

   INDIANAPOLIS

Receipt No.   102 7185
Cashier       djh

Check Number: 366898

DO Code    Div No
4628         1

Sub Acct Type Tender      Amount
1:510000  N     2         190.00
2:086900  N     2          60.00

Total Amount        $     250.00

2:05-CV-0249 RLY-WGH FILING FEE

BAKER DANIELS




XDF



Wed Oct 12 12:27:01 2005

Check No.  366898
Amount     $250.00
To any Federal Reserve Bank or
general Depository for credit to
United States Treasury Symbol 4628
```