# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO.: 2:05-CV-0249-RLY-WGH |
| HENNESSEE GROUP LLC, | ) |
| CHARLES GRADANTE and | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 81.2 of the United States District Court for the Southern District of Indiana, Plaintiff DePauw University ("DePauw") hereby files its Corporate Disclosure Statement and states that (a) DePauw has no parent corporation, and (b) there is no publicly-held corporation or investment fund that owns or holds ten percent (10%) or more of DePauw's stock.

Respectfully submitted,

/s/ Matthew T. Albaugh
David K. Herzog
Matthew T. Albaugh
BAKER & DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204-1782
(317) 237-0300
(317) 237-1000 (fax)
david.herzog@bakerd.com
matthew.albaugh@bakerd.com

Dated:  October 20, 2005

*Attorneys for Plaintiff DePauw University*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 20th day of October, 2005, a copy of the foregoing Corporate Disclosure Statement was electronically filed. Notice of this filing will be sent to the following parties by U.S. First Class Mail.

Hennessee Group, LLC
c/o Highest Officer
500 5th Avenue, 47th Floor
New York, NY 10110

E. Lee Hennessee
500 5th Avenue, 47th Floor
New York, NY 10110

Charles Gradante
500 5th Avenue, 47th Floor
New York, NY 10110

/s/ Matthew T. Albaugh
Matthew T. Albaugh

BDDB01 4208134v1