UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DEPAUW UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) | |
| HENNESSEE GROUP, LLC, | ) | |
| CHARLES GRADANTE and | ) | |
| E. LEE HENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF WAYNE C. TURNER**

Wayne C. Turner hereby enters his appearance as an attorney for defendants, Hennessee Group, LLC, Charles Gradante, and E. Lee Hennessee.

Respectfully submitted,

*s/ Wayne C. Turner*
Wayne C. Turner
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana  46204
Telephone:  (317) 464-8181
Telecopier:  (317) 464-8131

wturner@mtlitig.com

Attorneys for Defendants Hennessee Group, LLC, Charles Gradante, and E. Lee Hennessee

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005, a copy of the foregoing "Appearance of Wayne C. Turner" was filed electronically. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>David K. Herzog
>Matthew T. Albaugh
>Baker & Daniels
>300 North Meridian Street, Suite 2700
>Indianapolis, Indiana 46204

>*s/ Wayne C. Turner*
>Attorneys for Defendants Hennessee Group, LLC,
>Charles Gradante, and E. Lee Hennessee