UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) |
| HENNESSEE GROUP, LLC, | ) |
| CHARLES GRADANTE and | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF ANNE L. COWGUR

Anne L. Cowgur hereby enters his appearance as an attorney for defendants, Hennessee Group, LLC, Charles Gradante, and E. Lee Hennessee.

Respectfully submitted,

*s/ Anne L. Cowgur*
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 464-8181
Telecopier: (317) 464-8131

acowgur@mtlitig.com

Attorneys for Defendants Hennessee Group, LLC, Charles Gradante, and E. Lee Hennessee

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2005, a copy of the foregoing "Appearance of Lee B. McTurnan" was filed electronically. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    David K. Herzog
    Matthew T. Albaugh
    Baker & Daniels
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204

    *s/ Anne L. Cowgur*
    Attorneys for Defendants Hennessee Group, LLC,
    Charles Gradante, and E. Lee Hennessee