UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DEPAUW UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) | |
| HENNESSEE GROUP, LLC, | ) | |
| CHARLES GRADANTE and | ) | |
| E. LEE HENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' LOCAL RULE 6.1(a)**
**NOTICE OF INITIAL EXTENSION OF TIME**

Defendants Hennessee Group, LLC, Charles Gradante and E. Lee Hennessee, by their

counsel, serve notice pursuant to Local Rule 6.1(a) that Plaintiff Depauw University, by its

counsel, has consented to an initial 30-day extension of time, to and including December 12,

2005, for Defendants to respond to the Complaint.

Respectfully submitted,

*s/ Lee B. McTurnan*
*s/ Wayne C. Turner*
*s/ Anne L. Cowgur*

Lee B. McTurnan
Wayne C. Turner
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 464-8181
Telecopier: (317) 464-8131

lmcturnan@mtlitig.com
lturner@mtlitig.com
acowgur@mtlitig.com

Attorneys for Defendants Hennessee Group, LLC,
Charles Gradante, and E. Lee Hennessee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of November, 2005, a copy of the foregoing "Notice of Initial Extension of Time" was filed electronically.  Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> David K. Herzog
> Matthew T. Albaugh
> Baker & Daniels
> 300 North Meridian Street, Suite 2700
> Indianapolis, Indiana 46204

> *s/ Anne L. Cowgur*
> Attorneys for Defendants Hennessee Group, LLC,
> Charles Gradante, and E. Lee Hennessee