UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) |
| HENNESSEE GROUP, LLC, | ) |
| CHARLES GRADANTE and | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR 15-DAY
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court having received Defendants' "Motion For 15-Day Extension Of Time To Respond To Complaint," being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants shall have to and including December 27, 2005, to answer, move or otherwise respond to the complaint.

SO ORDERED.

Dated:

Copies to:

Lee B. McTurnan
Wayne C. Turner
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
lmcturnan@mtlitig.com
lturner@mtlitig.com
acowgur@mtlitig.com


David K. Herzog
Matthew T. Albaugh
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
david.herzog@bakerd.com
matthew.albaugh@bakerd.com