UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) |
| HENNESSEE GROUP, LLC, | ) |
| CHARLES GRADANTE and | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court having received Defendants' "Second Motion For Extension Of Time To Respond To Complaint (With Plaintiff's Consent)," being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Defendants shall have to and including January 6, 2006, to answer, move or otherwise respond to the complaint.

ORDERED, this 29th day of December, 2005.

Copies to:

Lee B. McTurnan
Wayne C. Turner
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
lmcturnan@mtlitig.com
wturner@mtlitig.com
acowgur@mtlitig.com


David K. Herzog
Matthew T. Albaugh
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
david.herzog@bakerd.com
matthew.albaugh@bakerd.com