UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DEPAUW UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) | |
| HENNESSEE GROUP, LLC, | ) | |
| CHARLES GRADANTE and | ) | |
| E. LEE HENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW DUPLICATE FILING

This Court having received Defendants' "Motion To Withdraw Duplicate Filing," being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERED THAT:

Docket Entry 18 is withdrawn.

SO ORDERED.

Dated:

Distribution attached

2

Copies to:

Lee B. McTurnan
Wayne C. Turner
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
lmcturnan@mtlitigation.com
wturner@mtlitigation.com
acowgur@mtlitigation.com


David K. Herzog
Matthew T. Albaugh
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
david.herzog@bakerd.com
matthew.albaugh@bakerd.com