```
Mon Jan  9 14:27:39 2006

     UNITED STATES DISTRICT COURT
     INDIANAPOLIS

Receipt No.   104 3858
Cashier        dmw

Tender Type   CHECK

Check Number: 27304

Transaction Type   C

Case No./Def No. 1:06-LB-1    /   0

DO Code    Div No     Acct
 4628        1       6855XX

Amount            $      90.00

2:05-CV-0249 Y/H PHV-FALK, AMERY & WOLPE
R

MCTURNAN & TURNER 10 W MARKET ST #2400 I
NDPLS IN 46204




xOF



Mon Jan  9 14:27:39 2006

Check No. 27304
Amount:   90.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4628
```


SCANNED