UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:05-cv-0249-RLY-WGH |
| | ) |
| HENNESSEE GROUP, LLC, | ) |
| CHARLES GRADANTE and | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING BENNETT FALK, BRIAN AMERY AND MATTHEW WOLPER LEAVE TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS**

This Court having received "Defendants' Motion for Entry of an Order Granting Attorneys Leave to Appear *Pro Hac Vice*" ("Motion"), being duly and fully advised in the premises, and finding that such Motion should be granted:

IT SHALL BE AND IS HEREBY ORDERERED THAT:

Bennett Falk, Brian Amery and Matthew Wolper are granted leave to appear *Pro Hac Vice* as additional attorneys for Defendants in this case. The Clerk is directed to detach the Appearances of Bennett Falk, Brian Amery and Matthew Wolper attached to the motion and file them as of the date of this Order.

The address for service upon these additional attorneys is:

Bennett Falk
Matthew Wolper
Brian Amery
Bressler, Amery & Ross, P.C
2801 SW 149th Avenue, Suite 300
Miramar, Florida 33027
Tel. No. (954)-499-7979
Fax No. (954)-499-7969
bfalk@bressler.com
mwolper@bressler.com
bamery@bressler.com


SO ORDERED.

Dated: 1/11/06

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Copies to:

Lee B. McTurnan
Wayne C. Turner
Anne L. Cowgur
McTurnan & Turner
2400 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
lmcturnan@mtlitigation
wturner@mtlitigation.com
acowgur@mtlitigation.com

David K. Herzog
Matthew T. Albaugh
Baker & Daniels
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
david.herzog@bakerd.com
matthew.albaugh@bakerd.com

2