# EXHIBIT A(5)

## Unknown

**From:** Brian.Snider@HHFD.COM
**Sent:** Tuesday, February 10, 2004 11:49 AM
**To:** cmcguire@DEPAUW.EDU
**Subject:** Hennessee



DePauw
Jniversity.xls (26 KB

Carla,
Attached are preliminary returns for the portfolio in January. Regards, Brian (See attached file: DePauw University.xls)

Hennessee Hedge Fund Advisory Group

## 2004 Portfolio Performance Monitor Prepared for DePau

| | Manager | YTD Return | Current % Weighting | 2004 (est.) Beginning Value |
|---|---|---|---|---|
| | TQA Vantage Plus Fund Ltd. | 2.02% | 7.54% | |
| | | | | $750,000 |
| | *Hennessee Convertible Arbitrage Index* | *1.41%* | *7.54%* | |
| | Ascend Offshore Fund, Ltd. | 0.90% | 9.95% | |
| | | | | $1,000,000 |
| | Sandler Offshore Fund, Ltd. | 1.10% | 9.97% | |
| | | | | $1,000,000 |
| | *Hennessee Growth Index* | *1.90%* | *19.91%* | |
| | West Broadway Partners, Ltd. | 1.50% | 7.50% | |
| | | | | $750,000 |
| | *Hennessee Merger Arbitrage Index* | *0.90%* | *7.50%* | |
| | BBT Overseas Partners, L.P. | 0.46% | 12.38% | |
| | | | | $1,250,000 |
| | Hamilton Multi-Strategy Fund, Ltd. | 0.22% | 9.88% | |
| | | | | $1,000,000 |
| | Ramius Fund, Ltd. | 1.69% | 12.53% | |
| | | | | $1,250,000 |
| | *Hennessee Multiple Arbitrage Index* | *1.33%* | *34.79%* | |
| | Bayou No Leverage Fund, LLC | 1.04% | 9.96% | |
| | | | | $1,000,000 |
| | Galleon Diversified Fund, Ltd. Class A | 3.93% | 10.25% | |
| | | | | $1,000,000 |
| | *Hennessee Opportunistic Index* | *2.06%* | *20.21%* | |
| | Basswood Opportunity Fund, Inc. | 1.88% | 10.04% | |
| | | | | $1,000,000 |

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Hennessee Hedge Fund Advisory Group

## w University

| | January | Current Value | $ Gain/ (Loss) | % Return Since Jan. 1 or Inception |
|---|---|---|---|---|
| 6 | 2.02% | | | |
| 7 | $765,150 | $765,150 | $15,150 | 2.02% |
| 8 | 1.41% | | | |
| 9 | 0.90% | | | |
| 10 | $1,009,000 | $1,009,000 | $9,000 | 0.90% |
| 11 | 1.10% | | | |
| 12 | $1,011,000 | $1,011,000 | $11,000 | 1.10% |
| 13 | 1.90% | | | |
| 14 | 1.50% | | | |
| 15 | $761,250 | $761,250 | $11,250 | 1.50% |
| 16 | 0.90% | | | |
| 17 | 0.46% | | | |
| 18 | $1,255,750 | $1,255,750 | $5,750 | 0.46% |
| 19 | 0.22% | | | |
| 20 | $1,002,200 | $1,002,200 | $2,200 | 0.22% |
| 21 | 1.69% | | | |
| 22 | $1,271,125 | $1,271,125 | $21,125 | 1.69% |
| 23 | 1.33% | | | |
| 24 | 1.04% | | | |
| 25 | $1,010,400 | $1,010,400 | $10,400 | 1.04% |
| 26 | 3.93% | | | |
| 27 | $1,039,300 | $1,039,300 | $39,300 | 3.93% |
| 28 | 2.06% | | | |
| 29 | 1.88% | | | |
| 30 | $1,018,800 | $1,018,800 | $18,800 | 1.88% |

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Hennessee Hedge Fund Advisory Group

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | | | | Current | 2004 (est.) |
| 3 | | | | | |
| 4 | | | | YTD | % | Beginning |
| 5 | | Manager | Return | Weighting | Value |
| 31 | | Hennessee Value Index | 1.82% | 10.04% | |
| 32 | | **Grand Total** | | 100.00% | $10,000,000 |
| 33 | | | | | |
| 34 | | S&P 500 DRI | 1.84% | | |
| 35 | | MSCI EAFE (USD) Price Index | 1.37% | | |
| 36 | | Russell 2000 | 4.28% | | |
| 37 | | NASDAQ | 3.13% | | |
| 38 | | Hennessee Hedge Fund Index | 2.14% | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | *Portfolio Return [AIMR Standards]:* | | | | |
| 42 | | Time Weighted: | 1.44% | | |
| 43 | | Dollar Weighted: | 1.44% | | |
| 44 | | | | | |
| 45 | | See notes on the Statement of Cash Flows. | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | Please feel free to contact your Hedge Fund Consultant, Brian Snider or I | | | |

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Hennessee Hedge Fund Advisory Group

| | F | G | H | I |
|---|---|---|---|---|
| | | | | % Return |
| 3 | | | | % Return |
| 4 | | Current | $ Gain/ | Since Jan. 1 |
| 5 | January | Value | (Loss) | or Inception |
| 31 | 1.82% | | | |
| 32 | $10,143,975 | $10,143,975 | $143,975 | |
| 33 | | | | |
| 34 | 1.84% | | | |
| 35 | 1.37% | | | |
| 36 | 4.28% | | | |
| 37 | 3.13% | | | |
| 38 | 2.14% | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | 1.44% | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | eeana Piscopo at 212-857-4455. (Feb 9 2004, 1:49 PM) | | | |

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

| | A | B | C |
|---|---|---|---|
| | **2004 Statement of Cash Flows for DePauw University** | | |
| 1 | | | |
| 2 | | | |
| 3 | **Manager** | **Date** | **Amount** |
| 4 | Addition(s) | | |
| 5 | Ascend Offshore Fund, Ltd. | January 1, 2004 | $1,000,000 |
| 6 | Basswood Opportunity Fund, Inc. | January 1, 2004 | 1,000,000 |
| 7 | Bayou No Leverage Fund, LLC | January 1, 2004 | 1,000,000 |
| 8 | BBT Overseas Partners, L.P. | January 1, 2004 | 1,250,000 |
| 9 | Gadnon Diversified Fund, Ltd. Class A | January 1, 2004 | 1,000,000 |
| 10 | Hamilton Multi-Strategy Fund, Ltd. | January 1, 2004 | 1,000,000 |
| 11 | Ramius Fund, Ltd. | January 1, 2004 | 1,250,000 |
| 12 | Sandler Offshore Fund, Ltd. | January 1, 2004 | 1,000,000 |
| 13 | TQA Vantage Plus Fund Ltd. | January 1, 2004 | 750,000 |
| 14 | West Broadway Partners, Ltd. | January 1, 2004 | 750,000 |
| 15 | Total Investment(s) | | $10,000,000 |
| 16 | | | |
| 17 | | | |
| 18 | Notes: | | |
| | Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax | | |
| 19 | purposes. | | |
| | Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data. | | |
| 20 | | | |
| 21 | Performance numbers are subject to change. | | |

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

# EXHIBIT A(6)

## Unknown

**From:**        Brian Snider [Brian.Snider@HHFD.COM]
**Sent:**        Friday, September 24, 2004 1:29 PM
**To:**         Carla McGuire
**Subject:**    RE: Hedge Fund Primer

 

2004 HF 101    pic17451.pcx (2 KB)
\STER TEMPLATE.pr

I realized that the misperceptions presentation is entirely in the HF 101 presentation, so
here it is. We'd be more than willing to physically give the presentation since there are
some items that might need to be explained in more detail. Which reminds me, do you want
us to present at your investment committee meeting annually? If so, the January meeting
might be best, especially if it's in Florida. Do you have a date?

Email me back when you receive it since it's a large document. Brian (See attached file:
2004 HF 101 MASTER TEMPLATE.ppt)


"Carla McGuire" <cmcguire@depauw.edu> on 09/24/2004 10:50:53 AM

To:    "Brian Snider" <Brian.Snider@hhfd.com>
cc:

Subject:    RE: Hedge Fund Primer
(Embedded image moved to file: pic17451.pcx)

Brian,

If you would send them, that would be great.

Thanks,

Carla

Carla C. McGuire, CFA
Chief Investment Officer
DePauw University
1575 Dietrich Chase Lane
St. Louis, MO 63021
Phone 636-527-7502
Fax 636-527-9185


-----Original Message-----
From: Brian Snider [mailto:Brian.Snider@HHFD.COM]
Sent: Friday, September 24, 2004 9:31 AM
To: Carla McGuire
Subject: Re: Hedge Fund Primer


Carla, I've attached the pertrac exports.
We have a few presentations that would serve as a hedge fund primer. The first is a
presentation that we've titled "Hedge Fund 101", which is a fairly lengthy presentation
covering the history of shorting, how hedge funds make money via preservation of
capital/compounding, performance metrics, and miscperceptions. I believe the presentation

1

that I brought to the committee meeting in January was one called "Hedge Fund Misperceptions". I'm more than happy to email those to you if you want.
Brian

(See attached file: ESS_Depauw Managers.xls)

"Carla McGuire" <cmcguire@depauw.edu> on 09/23/2004 05:31:48 PM

To:      "Brian Snider" <Brian.Snider@hhfd.com>
cc:

Subject:   Hedge Fund Primer
(Embedded image moved to file: pic07616.pcx)

Brian,

I have had a few requests from Board members for some background on Hedge Funds. I know last January you had put a small book together on this topic. Is it possible to e-mail me that information so I can have it available at the Board meeting?

Thanks,

Carla

Carla C. McGuire, CFA
Chief Investment Officer
DePauw University
1575 Dietrich Chase Lane
St. Louis, MO  63021
Phone 636-527-7502
Fax 636-527-9185



**HENNESSEE GROUP LLC**
HEDGE FUND ADVISORY

**E. LEE HENNESSEE**
Managing Principal
**CHARLES J. GRADANTE**
Managing Principal

500 FIFTH AVENUE, 47TH FLOOR
NEW YORK, NY 10110
TEL (212) 857-4400
FAX (212) 768-8190

# Hedge Funds 101

[Confidential and Proprietary]

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

The following presentation contains proprietary information.

Any transcription, recording, or reproduction without the express written consent of Hennessee Group LLC is strictly prohibited.

2



**HENNESSEE GROUP LLC**
HEDGE FUND ADVISORY

I.     **Evolution of Hedge Funds**
II.    **Why Invest in Hedge Funds**
III.   **Hedge Fund Portfolio Management**
IV.    **Downside Risk Management**
V.     **Hedge Fund Misconceptions**

3



# I. Evolution of Hedge Funds



# Purpose of Presentation

- Educate and inform the audience about the fundamental operations and principals of hedge funds and their investment strategies

- Dispel common notions about hedge funds
    - "Shorting is un-American"
    - "Selling something you don't own should be illegal"
    - "Hedge funds are cowboys whose reckless management of money will surely cause systemic problems for the market"
    - "The whole concept of hedging (i.e. shorting) is flawed"

5



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Evolution of Hedging

- The use of the term "hedge" has its origins in the agriculture industry

- Farmers were the first "hedgers" by selling crops or cattle yet to be harvested at a fixed price for future delivery. In doing so, they locked in a price and were not exposed to future market fluctuations
    - Selling unplanted crops for future delivery............SHORT SALE
    - In essence, they "hedged" their market exposure for the period of time it took them to harvest their product

- Hedge funds pursue a similar strategy of selling equities short to reduce the exposure to future market fluctuations

- In a market correction, the short portfolio would outperform the long portfolio or at least "hedge" (or reduce) the decline in the long portfolio's value

- In a bull market, the long portfolio would outperform the market, while the short portfolio would not be a drag on performance

6

**HENNESSEE GROUP LLC**
HEDGE FUND ADVISORY

# Farmer.......Risk Management Concept

## Controllable Risk

- What crop to plant
- When to plant and harvest
- To "hedge" or "not to hedge"

## Non-Controllable Risk

- Nature Risk (Weather, Earthquake)
- Political Risk (War, Trade)
- Monetary Risk (Fed Tightening, Financing Cost)
- Fiscal Risk (Budget Deficit, Govt. Subsidies)
- Market Imbalances (Supply/Demand for Crop)
- Market Panic (September 11, 2001)

7



**HENNESSEE GROUP LLC**
HEDGE FUND ADVISORY

# Evolution of Hedging



| 100 Acres (100,000 bushels of corn) | → | Sell 100,000 bushels in April at $2/bushel for delivery in October → SHORT (receives cash for short sale...used to finance crop) |
| 100 Acres (100,000 bushels of corn) | → | Plant, harvest and bring to market 100,000 bushels (April-October) → LONG |

    – Long 100,000 bushels of corn at day-to-day market value → Cash Market ...........long S&P 500 stocks

    – Short 100,000 bushels of corn at $2/bushel → Forward Market ...........short S&P 500 futures

- Possible Outcomes...hedged in all scenarios...market neutral
  - Price of corn goes above $2/bushel
  - Price of corn drops below $2/bushel
  - Price of corn closes at $2/bushel

8



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## What is a Hedge Fund

- The fund is a private offering of interest in a limited partnership
  - A private "pool" of capital for accredited investors
  - Offering memorandum
  - Investor due diligence

- The general partner is usually the money manager

- The degree of hedging varies. In fact, some do not hedge at all while others simply buy S&P puts in lieu of shorting equities

- The Hennessee Group has identified 23 hedge fund styles (i.e., growth, value, international, etc.). The Hennessee Hedge Fund Indices® are used as a benchmark for the hedge fund industry

9



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Time Line of Hedge Funds

| 1950's | 1960's | 1970's | 1980's | 1990's | Mid 1990's | 2000's |
|--------|--------|--------|--------|--------|------------|--------|
| **HEDGE FUNDS**<br><br>A.W. Jones | George Soros<br><br>Michael Steinhardt | Leon Levy | Julian Robertson<br><br>Bruce Kovner<br><br>Mark Kingdon<br><br>Stanley Druckenmiller | Leon Cooperman<br><br>Moore Capital<br><br>Mark Strome | Long-Term Capital Management<br><br>Maverick<br><br>Pequot | Och-Ziff<br><br>Wellington<br><br>Farallon<br><br>Andor |
| **FUND OF FUNDS** | Investors Overseas Services<br><br>Leverage Capital Holdings | Haussman Holdings | GAM<br>Genessee<br>Ivy<br>Alpha<br>Optima | Collins Evaluation Associates<br>Permal<br>Quota<br>CommonFund | Citibank<br><br>Chase<br><br>TIFF | Schwab<br><br>Oppenheimer<br><br>Insurance Companies |
| **# Of FOF** | **0** | **1** | **3** | **10** | **250** | **2100** |
| **# Of HF** | **100** | **30** | **100** | **1000** | **3000** | **7000** |

10



# Hedge Fund Assets vs. Number of Hedge Funds



Source: *Hennessee Group LLC*

11



## Hedge Fund Growth vs. Fund of Fund Growth



Source: *Hennessee Group LLC*

12



# II. Why Invest in Hedge Funds

13



# Hedge Funds Versus Other Asset Classes
## January 1, 1987- January 1, 2004



The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.

14



# Hennessee Hedge Fund Index®
## 1987- 2003

| STYLE | 1987-2003 Average Annual Return | 1987-2003 Standard Deviation | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993 | 1992 | 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HENNESSEE HEDGE FUND INDEX® | 13.35% | 16.33% | 13.84% | -3.51% | 3.38% | 7.61% | 32.59% | 1.77% | 15.58% | 17.22% | 15.23% | 0.81% | 21.34% | 18.59% | 31.80% | 14.76% | 30.31% | 26.26% | 15.24% |
| HENNESSEE CORRELATED** | 13.84% | -11.72% | 12.63% | -9.19% | 1.34% | 9.20% | 41.80% | 9.41% | 20.61% | 19.81% | 25.33% | 2.49% | 18.80% | 18.12% | 28.60% | 10.08% | 24.67% | 19.19% | 15.61% |
| HENNESSEE NON CORRELATED*** | 12.73% | 8.35% | 12.74% | 1.90% | 8.66% | 9.30% | 14.59% | 2.46% | 13.61% | 15.93% | 16.15% | 1.93% | 17.76% | 14.02% | 17.90% | 9.92% | 11.90% | 38.07% | 5.65% |
| GLOBAL/MACRO | 14.63% | 18.01% | 27.56% | -1.43% | 1.43% | 1.34% | 42.73% | -13.62% | 16.90% | 19.08% | 11.05% | -5.09% | 42.87% | 14.52% | 42.30% | 10.61% | 40.83% | 19.25% | 1.10% |
| S&P 500 | 11.91% | 17.97% | 28.69% | -22.10% | -11.88% | -9.09% | 21.04% | 28.58% | 33.38% | 22.90% | 37.57% | 1.32% | 10.07% | 7.60% | 30.46% | -3.11% | 31.68% | 16.61% | 5.25% |
| DJIA | 10.37% | 14.72% | 25.33% | -16.76% | -7.10% | -6.15% | 23.15% | 16.11% | 22.63% | 26.02% | 33.49% | 2.15% | 13.73% | 4.15% | 20.33% | -4.34% | 26.96% | 11.83% | -2.10% |
| Russell 2000 | 8.88% | 19.47% | 45.59% | -21.57% | 1.03% | -4.21% | 19.64% | -3.44% | 20.54% | 14.78% | 26.21% | -3.10% | 17.01% | 16.35% | 43.66% | -21.47% | 14.20% | 22.37% | -9.34% |
| NASDAQ | 10.32% | 32.11% | 50.01% | -31.52% | -21.04% | -39.28% | 85.61% | 39.62% | 21.64% | 22.70% | 39.92% | -3.20% | 14.73% | 15.46% | 56.88% | -17.82% | 19.23% | 15.41% | -5.25% |
| Lehman Bond Index | 7.27% | 1.81% | 4.30% | 9.82% | 8.98% | 10.10% | 0.39% | 8.42% | 7.86% | 2.89% | 15.30% | -2.33% | 8.78% | 7.58% | 16.13% | 8.29% | 14.23% | 7.39% | 2.30% |

- Hedge funds have experienced **only 1 down year since 1987**, while, in the same period, the S&P 500 has had *four down years*

- Hedge funds have **outperformed** the S&P 500 in 10 *of the last 17 years*

- Since 1987, annualized returns for **hedge funds have outperformed the S&P 500** with one-third of the volatility

The Hennessee Hedge Fund Index® is believed to represent over half of the capital in the industry and is an equally-weighted average of the funds in the Hennessee Hedge Fund Indices®. Returns are net of fees and unaudited.
The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.

15



# Hedge Funds Versus Comparative Benchmarks
## Growth of $1000: January 1, 1987 to January 1, 2004



Hennessee Hedge
Fund Index® $11,326

S&P 500 $6,901

Nasdaq $5,752

Russell 2000 $5,154

Lehman Bond
Index $3, 929

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.

16



## Bull/Bear Market Comparison
### Growth of $1: Jan. 1, 1998 to Jan. 1, 2004



*Source:* Hennessee Group LLC

17



# Bear Market Comparison
## Growth of $1: January 1, 2000 – January 1, 2004



18



# Hennessee Hedge Fund Indices®

## 2002

| 2002 (Net) | YTD | % of mgrs. >S&P, ytd | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HENNESSEE HEDGE FUND INDEX® | -3.51% | 91.27% | 0.36% | -0.80% | 1.53% | -0.07% | -0.20% | -2.38% | -3.27% | 0.53% | -1.77% | 0.53% | 2.41% | -0.58% |
| CORRELATED** | -8.19% | 87.86% | -0.44% | -1.84% | 2.62% | -0.74% | -0.79% | -3.28% | -4.56% | 0.33% | -3.72% | 1.71% | 3.65% | -2.15% |
| NON-CORRELATED** | 1.90% | 97.69% | 1.10% | -0.34% | 0.64% | 0.66% | 0.28% | -1.20% | -1.90% | 0.45% | -0.28% | 0.06% | 1.43% | 1.05% |
| GLOBAL | -1.45% | 95.38% | 1.19% | 1.13% | 0.78% | 0.41% | 0.34% | -2.32% | -3.14% | 1.29% | -2.30% | 0.60% | 1.16% | -0.45% |
| S&P 500 W/DIV | -22.10% | | -1.46% | -1.93% | 3.76% | -6.06% | -0.74% | -7.12% | -7.79% | 0.66% | -10.87% | 8.80% | 5.89% | -5.88% |
| DJIA | -16.76% | | -1.01% | 1.88% | 2.95% | -4.40% | -0.21% | -6.87% | -5.48% | -0.84% | -12.37% | 10.60% | 5.94% | -6.23% |
| MSCI EAFE (USD) PRICE INDEX | -17.52% | | -5.36% | 0.57% | 5.11% | 0.45% | 0.93% | -4.14% | -9.94% | -0.47% | -10.88% | 5.30% | 4.42% | -3.42% |
| RUSSELL 2000 | -21.57% | | -1.11% | -2.84% | 7.90% | 0.83% | -4.54% | -5.09% | -15.18% | -0.37% | -7.34% | 3.10% | 8.80% | -5.72% |
| NASDAQ | -31.52% | | -0.84% | -10.47% | 6.58% | -8.51% | -4.39% | -9.44% | -9.21% | -1.01% | -10.86% | 13.45% | 11.21% | -9.69% |
| LEHMAN BROS. INT-GOVT. CORP. BONDS INDEX | 9.82% | | 0.52% | 0.79% | -1.52% | 1.65% | 1.00% | 0.86% | 1.18% | 1.49% | 1.79% | -0.39% | -0.09% | 2.18% |

1) Hedge funds outperformed the S&P 500 in 8 of the 12 months in 2002

2) Hedge funds outperformed the NASDAQ in 8 of the 12 months in 2002

3) Hedge funds outperformed in all S&P 500 down months

*CORRELATED: Long/Short Equity; NON-CORRELATED: Event/Arbitrage and Short Bias.

**Includes International, Government and Corporate bonds.

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.



HENNESSEE GROUP LLC

HEDGE FUND ADVISORY

# Hennessee Hedge Fund Indices®

## 2003

| 2003 (Net) | YTD | % of mgrs. >S&P, ytd | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HENNESSEE HEDGE FUND INDEX | 19.88% | 30% | 0.75% | -0.16% | 0.48% | 2.77% | 3.62% | 1.46% | 1.38% | 1.65% | 1.04% | 2.64% | 1.08% | 1.81% |
| CORRELATED** | 22.63% | 33% | 0.35% | -0.90% | 0.49% | 3.23% | 5.07% | 1.75% | 2.17% | 1.97% | 0.45% | 2.95% | 1.50% | 1.69% |
| NON-CORRELATED** | 12.74% | 19% | 1.63% | 0.52% | 0.46% | 1.68% | 1.56% | 0.85% | 0.28% | 0.28% | 1.31% | 1.50% | 0.77% | 1.10% |
| GLOBAL | 27.56% | 39% | 0.03% | -0.04% | 0.49% | 3.77% | 3.56% | 1.92% | 0.78% | 3.73% | 2.16% | 4.17% | 0.50% | 3.67% |
| S&P 500 W/DIV | 28.69% | | -1.61% | -1.50% | 0.97% | 8.24% | 5.27% | 1.38% | 1.76% | 1.95% | -1.06% | 5.66% | 0.88% | 5.24% |
| DJIA | 25.33% | | -3.45% | -1.92% | 1.28% | 6.11% | 4.37% | 1.53% | 2.76% | 1.97% | -1.49% | 5.67% | -0.19% | 6.86% |
| MSCI EAFE (USD) PRICE INDEX | 35.29% | | -4.23% | -2.47% | -3.39% | 9.38% | 5.66% | 2.19% | 2.31% | 2.16% | 2.92% | 6.17% | 2.08% | 7.77% |
| RUSSELL 2000 | 45.39% | | -2.85% | -3.13% | 1.12% | 9.37% | 10.61% | 1.67% | 6.17% | 4.50% | -1.96% | 8.31% | 3.46% | 1.90% |
| NASDAQ | 50.01% | | -1.09% | 1.26% | 0.27% | 9.18% | 8.99% | 1.68% | 6.91% | 4.35% | -1.30% | 8.13% | 1.45% | 2.20% |
| LEHMAN BROS. INT. GOVT. CORP. BONDS INDEX | 4.30% | | -0.01% | 1.41% | 0.10% | 0.76% | 2.01% | -0.07% | -2.72% | 0.24% | 2.53% | -0.94% | 0.14% | 0.87% |

1) Hedge funds outperformed the S&P 500 in 5 of the 12 months in 2003

2) Hedge funds outperformed the NASDAQ in 3 of the 12 months in 2003

3) Hedge funds outperformed in all S&P 500 down months

*CORRELATED: Long/Short Equity; NON-CORRELATED: Event/Arbitrage and Short Bias.

**Includes International, Government and Corporate bonds.

The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.

20



**HENNESSEE GROUP LLC**
HEDGE FUND ADVISORY

## Hedge Fund Performance Characteristics
### (1987-2003)

- Hedge funds *outperformed* in:

  - AVERAGE MARKETS (S&P 500 Index +4% to +20%). Historically, the S&P has had an average annual return of 12% with a standard deviation of 8% (e.g., 1988, 1992, 1993, 1999)
  - DOWN MARKETS, especially those having a major correction (e.g., 1987, 1990, 2000, 2001, 2002) and those having a minor correction (e.g., 1994)

- Largely due to the losses associated with conservative positioning, hedge funds *underperformed* in markets characterized by excessive valuation, speculative trading and momentum trading (e.g. 1995-1998, 2003), largely due to the losses associated with hedging.

- When included as part of a traditionally managed portfolio, hedge funds can lower volatility (standard deviation), while enhancing overall returns

- Unlike traditionally managed portfolios, hedge funds are both an offensive and defensive investment approach

  - Hedge funds participate on the upside in a bull market and protect capital in a market crash or an extended bear market

21



# The Value of Hedge Funds in a Diversified Portfolio
## Efficient Frontier Analysis: January 1, 1993 - January 1, 2004



The above information has been obtained from sources believed to be reliable, but no guarantee is made with respect to its accuracy. Past performance is no guarantee of future returns.



# III. Hedge Fund Portfolio Management

23