UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEPAUW UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 2:05-cv-00249-RLY-WGH |
| | ) |
| HENNESSEE GROUP LLC, | ) |
| CHARLES GRADANTE, | ) |
| E. LEE HENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF INITIAL PRE-TRIAL CONFERENCE

## AND ORDER REQUIRING DISCOVERY CONFERENCE PURSUANT TO

## FRCP26(f)

The above case is hereby assigned for an initial pre-trial conference on **MARCH 8, 2006, at 9:15 a.m., Terre Haute time**, before the Honorable William G. Hussmann, Jr., United States Magistrate Judge . Each counsel wishing to participate in this conference shall individually place a call to (812) 434-6403 at the time of the conference.[1]

Pursuant to FRCP 26(f), the parties, by counsel, in preparation for the conference, are **ORDERED** to confer as required by that rule and to prepare a

---

[1]This is the court's new bridge line. The first person to call the number will hear a tone and then dead air. As each additional person calls the number, they will hear a tone and then will be able to talk to all other persons who have previously connected to the conference call.

Case Management Plan required by FRCP 16 and Southern District of Indiana Local Rule 16(d).

At the time of filing the above cause, counsel for plaintiff (or counsel for defendant if the case was removed) was supplied with a Case Management Plan packet and was directed to distribute that packet to all defendants. The instructions in the packet should be complied with when preparing the Case Management Plan. The plan should be filed with the Court not later than three (3) business days before the initial pre-trial conference. The filing of the plan will NOT vacate the initial pre-trial conference.

Dated this 25th day of January, 2006.

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS
matthew.albaugh@bakerd.com

Brian Amery
BRESSLER, AMERY & ROSS, P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027

Anne L. Cowgur
MCTURNAN & TURNER
acowgur@mtlitigation.com

Bennett Falk
BRESSKERM ANERY & ROSS, P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027

David K. Herzog
BAKER & DANIELS
david.herzog@bakerd.com

Lee B. McTurnan
MCTURNAN & TURNER
lmcturnan@mtlitigation.com

Wayne C Turner
MCTURNAN & TURNER
wturner@mtlitigation.com

Matthew Wolper
BRESSLER, AMERY & ROSS, P.C.
2801 SW 149th Avenue
Suite 300
Miramar, FL 33027