## Unknown

**From:** Brian.Snider@HHFD.COM
**Sent:** Thursday, May 13, 2004 3:23 PM
**To:** cmcguire@DEPAUW.EDU
**Subject:** Re: new contact info

  

Forbes- Sleaziest  pic02033.pcx (2 KB) pic24490.pcx (2 KB)
Show on Eart...

Here is the Forbes article again. Your committee members might ask about it, so I want you to be prepared. (See attached file: Forbes-Sleaziest Show on Earth 5-24-04.doc)

------------------------- Forwarded by Brian Snider/CLR/WPGINVEST on 05/13/2004 04:20 PM -------------------------


Brian Snider
05/12/2004 01:06 PM

To: "Carla McGuire" <cmcguire@depauw.edu>
cc:

Subject: Re: new contact info  (Document link: Brian Snider)
(Embedded image moved to file: pic02033.pcx)

Thanks Carla. I just wanted to make sure you received my email on LibertyView and the Forbes article that I forwarded to you. I hope all is well. Regards, Brian


"Carla McGuire" <cmcguire@depauw.edu> on 05/12/2004 12:35:35 PM

To: "Brian Snider" <Brian.Snider@HHFD.COM>
cc:

Subject: new contact info
(Embedded image moved to file: pic24490.pcx)

Brian,

Below is my AZ info. Sorry that I didn't send it sooner. The phones in Chicago are supposed to forward. I know the voice line is, but I am still have trouble with the fax number. It is not forwarding. If you would simply update your records with the AZ information. The condo is under contract to close on June 29th and the St. Louis location will not be online until August.

Thanks

Carla

Carla C. McGuire, CFA
Chief Investment Officer
DePauw University
126 Forest Highlands
Flagstaff, AZ 86001
Phone 928-525-9342
Fax 928-525-9365



**EXHIBIT**

_A_

## Unknown

| | |
|---|---|
| **From:** | Brian Snider [Brian.Snider@HHFD.COM] |
| **Sent:** | Friday, September 24, 2004 1:29 PM |
| **To:** | Carla McGuire |
| **Subject:** | RE: Hedge Fund Primer |

 

2004 HF 101      pic17451.pcx (2 KB)
\STER TEMPLATE.pf

I realized that the misperceptions presentation is entirely in the HF 101 presentation, so here it is. We'd be more than willing to physically give the presentation since there are some items that might need to be explained in more detail. Which reminds me, do you want us to present at your investment committee meeting annually? If so, the January meeting might be best, especially if it's in Florida. Do you have a date?

Email me back when you receive it since it's a large document. Brian (See attached file: 2004 HF 101 MASTER TEMPLATE.ppt)

"Carla McGuire" <cmcguire@depauw.edu> on 09/24/2004 10:50:53 AM

To:      "Brian Snider" <Brian.Snider@hhfd.com>
cc:

Subject:    RE: Hedge Fund Primer
(Embedded image moved to file: pic17451.pcx)

Brian,

If you would send them, that would be great.

Thanks,

Carla

Carla G. McGuire, CFA
Chief Investment Officer
DePauw University
1575 Dietrich Chase Lane
St. Louis, MO  63021
Phone 636-527-7502
Fax 636-527-9185

-----Original Message-----
From: Brian Snider [mailto:Brian.Snider@HHFD.COM]
Sent: Friday, September 24, 2004 9:31 AM
To: Carla McGuire
Subject: Re: Hedge Fund Primer

Carla, I've attached the pertrac exports.
We have a few presentations that would serve as a hedge fund primer. The first is a presentation that we've titled "Hedge Fund 101", which is a fairly lengthy presentation covering the history of shorting, how hedge funds make money via preservation of capital/compounding, performance metrics, and misperceptions. I believe the presentation

1

that I brought to the committee meeting in January was one called "Hedge Fund Misperceptions". I'm more than happy to email those to you if you want.
Brian
(See attached file: ESS_Depauw Managers.xls)


"Carla McGuire" <cmcguire@depauw.edu> on 09/23/2004 05:31:48 PM

To: "Brian Snider" <Brian.Snider@hhfd.com>
cc:

Subject: Hedge Fund Primer
(Embedded image moved to file: pic07616.pcx)

Brian,

I have had a few requests from Board members for some background on Hedge Funds. I know last January you had put a small book together on this topic. Is it possible to e-mail me that information so I can have it available at the Board meeting?

Thanks,

Carla

Carla C. McGuire, CFA
Chief Investment Officer
DePauw University
1575 Dietrich Chase Lane
St. Louis, MO 63021
Phone 636-527-7502
Fax 636-527-9185

2