## Investment Committee

Judson Green
% Peggy Brandsen
10355 Trout Road
Orlando, FL 32836

James Cornelius
111 Monument Circle, Suite 3570
P.O. Box 44906
Indianapolis, IN 46244-0906

Marvin Flewellen
Client Portfolio Manager
Invesco
400 W. Market St. Suite 3000
Louisville, KY 40202

John Leffler
5734 Wayside Avenue
Cincinnati, OH 45230-5133

Janet Prindle
1 Sutton Place, South
Apartment 5B
New York, NY 10022

James B. Stewart, Jr.
Editor-at-Large
Smart Money
1755 Broadway – 12th Floor
New York, NY 10019

Tim Ubben
9 Briar Lane
Glencoe, IL 60022

Don Daseke
14850 Montfort Drive, Suite 190
Dallas, TX 75254

Ian Rolland
National City Center, Suite 1012
110 W. Berry Street
Fort Wayne, IN 46802

Gordon Rollert
P.O. Box 620130
Newton, MA 02462



EXHIBIT B