# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW YORK SOUTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 12,945 | 12,422 | 12,321 | 13,937 | 12,783 | 11,564 | | |
| | Terminations | | 11,346 | 11,471 | 10,780 | 12,618 | 11,247 | 14,638 | | |
| | Pending | | 19,302 | 17,638 | 17,275 | 16,198 | 15,818 | 14,275 | | |
| | % Change in Total Filings | Over Last Year | 4.2 | | | | | | 22 | 2 |
| | | Over Earlier Years | | 5.1 | -7.1 | 1.3 | 11.9 | | 29 | 2 |
| Number of Judgeships | | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| Vacant Judgeship Months** | | | 6.3 | 8.8 | 33.3 | 15.8 | .0 | 22.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 462 | 444 | 441 | 498 | 457 | 413 | 37 | 3 |
| | | Civil | 409 | 388 | 381 | 441 | 420 | 371 | 21 | 3 |
| | | Criminal Felony | 40 | 44 | 47 | 48 | 37 | 42 | 83 | 5 |
| | | Supervised Release Hearings** | 13 | 12 | 13 | 9 | - | - | 69 | 5 |
| | Pending Cases | | 689 | 630 | 617 | 579 | 565 | 510 | 10 | 2 |
| | Weighted Filings** | | 551 | 527 | 513 | 539 | 560 | 521 | 19 | 2 |
| | Terminations | | 405 | 410 | 385 | 451 | 402 | 523 | 59 | 4 |
| | Trials Completed | | 15 | 16 | 17 | 15 | 15 | 18 | 66 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.5 | 11.9 | 11.8 | 13.3 | 12.3 | 13.5 | 91 | 5 |
| | | Civil** | 8.8 | 8.1 | 8.4 | 8.3 | 7.2 | 5.2 | 26 | 2 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 26.8 | 22.6 | 23.0 | 24.4 | 22.0 | 36 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 2,652 | 1,656 | 1,312 | 1,230 | 1,585 | 1,098 | | |
| | | Percentage | 16.7 | 11.6 | 9.2 | 9.2 | 12.1 | 9.5 | 89 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.9 | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 99.86 | 88.01 | 82.96 | 83.28 | 73.12 | 60.55 | | |
| | | Percent Not Selected or Challenged | 62.0 | 53.1 | 54.8 | 61.9 | 53.2 | 54.0 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11453 | 214 | 985 | 1622 | 71 | 35 | 1042 | 1699 | 1571 | 876 | 1568 | 84 | 1686 |
| Criminal* | 1092 | 7 | 303 | 177 | 149 | 267 | 19 | 25 | 13 | 38 | 21 | 10 | 63 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."



EXHIBIT C

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **INDIANA SOUTHERN** | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | | |
| OVERALL CASELOAD STATISTICS | Filings* | 3,126 | 3,364 | 3,202 | 3,352 | 3,443 | 2,996 | U.S. | Circuit |
| | Terminations | 3,391 | 3,434 | 3,208 | 3,292 | 2,830 | 3,017 | | |
| | Pending | 2,686 | 2,955 | 3,022 | 3,039 | 2,979 | 2,373 | | |
| | % Change in Total Filings — Over Last Year | | -7.1 | | | | | 66 | 5 |
| | % Change in Total Filings — Over Earlier Years | | | -2.4 | -6.8 | -9.2 | 4.3 | 41 | 2 |
| | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Vacant Judgeship Months** | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 625 | 673 | 641 | 670 | 689 | 599 | 11 | 1 |
| | FILINGS — Civil | 577 | 628 | 593 | 625 | 654 | 567 | 6 | 1 |
| | FILINGS — Criminal Felony | 43 | 39 | 42 | 40 | 35 | 32 | 81 | 6 |
| | FILINGS — Supervised Release Hearings** | 5 | 6 | 6 | 5 | - | - | 90 | 7 |
| | Pending Cases | 537 | 591 | 604 | 608 | 596 | 475 | 15 | 1 |
| | Weighted Filings** | 690 | 729 | 670 | 667 | 635 | 638 | 3 | 1 |
| | Terminations | 678 | 687 | 642 | 658 | 566 | 603 | 8 | 1 |
| | Trials Completed | 28 | 32 | 30 | 28 | 33 | 34 | 17 | 1 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 8.1 | 8.0 | 7.8 | 7.4 | 8.2 | 7.0 | 39 | 2 |
| | From Filing to Disposition — Civil** | 10.4 | 11.2 | 11.9 | 10.5 | 9.6 | 9.6 | 57 | 6 |
| | From Filing to Trial** (Civil Only) | 25.0 | 25.0 | 24.0 | 22.4 | 20.0 | 20.0 | 55 | 3 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 113 | 119 | 108 | 91 | 84 | 76 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 4.5 | 4.2 | 3.8 | 3.1 | 2.9 | 3.4 | 37 | 4 |
| | Average Number of Felony Defendants Filed Per Case | 1.7 | 1.8 | 1.6 | 1.6 | 1.5 | 1.8 | | |
| | Jurors — Avg. Present for Jury Selection | 33.17 | 33.19 | 34.47 | 29.72 | 27.39 | 30.66 | | |
| | Jurors — Percent Not Selected or Challenged | 28.5 | 23.5 | 23.1 | 26.7 | 22.7 | 23.5 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2887 | 189 | 81 | 765 | 29 | 153 | 200 | 277 | 192 | 94 | 643 | 27 | 237 |
| Criminal* | 211 | 3 | 57 | 10 | 59 | 27 | 1 | 16 | 7 | 4 | 5 | 7 | 15 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."