# United States District Court
## Southern District of Indiana
Laura A. Briggs
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

101 Northwest MLK Boulevard
Evansville, Indiana 47708

210 Federal Building
Terre Haute, Indiana 47808

121 West Spring Street
New Albany, Indiana 47150

May 4, 2006

J. Michael McMahon, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

DePauw University
Vs
Hennessee Group LLC
2:05-CV-0249-RLY-WGH
MDL 1755

Dear Sir:

Pursuant to Transfer Order MDL 1755, the above file is being transferred to your Court. Enclosed are all documents and a certified copy of the docket entries. Kindly acknowledge receipt of the file on the enclosed copy of this letter.

Sincerely,

Laura A. Briggs
Clerk of Court

By: Nancy Davis
Deputy Clerk

Enclosures