UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: BAYOU HEDGE FUNDS INVESTMENT LITIGATION | § § § § | |
| This Document Relates To: | § § | CASE NO. 06-MDL-1755 (CM) |
| ALL ACTIONS | § § § § § § § | JUDGE COLLEEN MCMAHON |

APPLICATION GRANTED/~~DENIED~~

*[signature]*

HON. COLLEEN McMAHON

### DEFENDANTS' MOTION FOR ENTRY OF AN ORDER GRANTING ATTORNEY PERMISSION TO APPEAR *PRO HAC VICE*

Defendants Hennessee Group, LLC, Charles Gradante and E. Lee Hennessee ("Defendants"), by their attorneys, respectfully request entry of an Order Matthew Wolper permission to appear *pro hac vice* as an additional attorney for Defendants in this case. In support of this motion Defendants state:

1.   Matthew Wolper is an attorney in the law firm of Bressler, Amery & Ross, P.C., a law firm with its main office located at 325 Columbia Turnpike, Florham Park, New Jersey 07932; telephone (973)-514-1200. Mr. Wolper is an associate in the firm's Florida office located at 2801 SW 149th Street, Suite 300, Miramar, Florida 33027; telephone (954)-499-7979.

2.   Mr. Wolper is admitted to practice and is a member in good standing of the bar of the State of Florida. Mr. Wolper was admitted to practice law in Florida in 2005. See Certificate of Good Standing, attached hereto as Exhibit A.

3.   Matthew Wolper hereby certifies that he will abide by all governing rules. The required filing fees are being tendered to the Court.

**WHEREFORE**, Defendants pray for entry of an Order granting Matthew Wolper permission to appear *pro hac vice* as an additional attorney for Defendants in all actions relating to this proceeding.

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.

By: _____

BENNETT FALK
BRIAN AMERY
Bressler, Amery & Ross, PC
Huntington Centre II
2801 SW 149th Avenue
Miramar, FL  33027
Telephone: 954-499-7979
Fax: 954-499-7969

Attorneys for Defendants HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES GRADANTE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded by U.S. Mail to all counsel of record identified on the attached attorney service list on this 11th day of May, 2006.

_____
BENNETT FALK

# EXHIBIT A

Case 1:06-cv-03028-CM    Document 7    Filed 05/24/2006    Page 4 of 9

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MATTHEW E. WOLPER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **March 24, 2005**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 1, 2006.*

*Clerk of the Supreme Court of Florida*

## SERVICE LIST

Samuel Israel, III
4 Bryan Brook Lane
Armonk, NY 10504

Samuel Israel III
c/o Lawrence S. Bader
Morvillo, Abramowitz, Grand, Iason & Silberberg,
P.C. 565 Fifth Avenue
New York, NY 10017

Daniel Marino
c/o Andrew Bruce Bowman
Law Offices of Andrew B.
Bowman 1804 Post Road
East Westport, CT 06880

Bayou Group, LLC
Bayou Accredited Fund, LLC, Bayou Advisors,
LLC, Bayou Affiliates Fund, LLC, Bayou Fund,
LLC, Bayou Equities, LLC, Bayou Management,
LLC, Bayou No Leverage Fund, LLC, Bayou
Securities, LLC, and Bayou Superfund, LLC
c/o Samuel Israel, III
4 Bryan Brook Lane
Armonk, NY 1050

South Cherry Street, L.P.
South Cherry Street, LLC
c/o Ted Poretz
Bingham McCutchen LLP
399 Park Avenue, 24th Floor
New York, NY 10022-4689
ted.portez@bingham.com

Joseph Rosenberg
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
jrosenberg@cftc.gov

ESUM Partnership
Longboat Capital Partners, LP
Weiner Investments, LP
Woodland Family Partners, LP
Keystone Company
Muse Group
c/o Joseph F. McDonough
Manion, McDonough & Lucas, P.C.
Suite 1414, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
jmcdonough@mmlpc.com

Mr. & Mrs. Lawrence Israel
c/o Shane P. Landry
Attorney At Law, LLC
2334 Magazine Street
New Orleans, LA 70130
shanelandrylaw@bellsouth.net

Betty & Jay Partners, L.P.
Cadmus Partnership, Ltd.
Croesus Investment Partners VIII, L.P.
Byron Foster Residuary Trust
c/o David M. Martin
Foster Holdings
681 Andersen Drive
Pittsburgh, PA 15220
dmartin@fosterholdings.com

Bruce H.C. Hill
Christopher C. Hill
Russell L. Hill
Teavis Co.
c/o Roger Hill
Hill Associates
5111 Broadway
San Antonio, TX 78209
roger1@hillassoc.net

Betsy Holland
Ann Keller Lingo Revocable Trust
Regent University Endowment
Alan J. Schottenstein Family Limited Partnership
Ann W. Silverstein 2001 Revocable Trust
WIP, LLC
c/o Ross B. Intelisano, Esq.
Rich & Intelisano, LLP
1 Trinity Centre
111 Broadway, Suite 1303,
New York, NY 10006
ross@richintelisano.com

Tom T. Locke
Ross, Dixon & Bell LLP
2001 K Street, NW
Washington, DC 20006-1040
tlocke@rdblaw.com

Silver Creek Long/Short Holdings, LLC
c/o Jonathan Fisher
1301 5th Avenue
Suite 4000
Seattle, WA 98101-2663
Jonathan@silvercreekcapital.com

## SERVICE LIST

Beckwith Investment Limited Partnership
c/o John E. Trabucco
Arch Street Management LLC
2790 Mosside Blvd., Suite 610
Monroeville, PA 15146

Cameron H. Holmes, Esq.
Section Chief Counsel
Office of the Attorney General
1275 W. Washington Street
Phoenix, AZ 85007-2997

Broad-Bussel Family LP
Herbert Blaine Lawson, Jr.
Marie-Louise Michelsohn
Michelle Michelsohn
c/o Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

The Mosaic Fund, L.P.
c/o Leon Meyers
680 Fifth Avenue, 8th Fl.
New York, NY 10019

Donald & Elizabeth McKee
7825 Annesdale Drive
Cincinnati, OH 45243

Mark Crosson
3883 N. 57th Street
Boulder, CO 80301

Bennett Falk
Charles J. Gradante
Hennessee Group LLC
Elizabeth Lee Hennessee
c/o Bressler, Amery & Ross, P.C.
Suite 300
2801 SW 149th Avenue
Miramar, FL 33027

Lawrence E. Fenster
Charles J. Gradante
Hennessee Group LLC;
c/o Bressler, Amery & Ross, P.C.
17 State Street
New York, NY 10004

Elizabeth Lee Hennessee
Eqyty Research and Management LLC
Eqyty Research and Management LTD
Jeffrey D. Fotta
c/o Howard K. Levine, Esq.
Carmody & Torrance, LLP
195 Church Street
PO Box 1950
New Haven, CT 06509-1950

Heidi de Vries
Walkers House
P.O. Box 265 GT
Mary Street
George Town, Grand Cayman, Cayman Islands

Thomas Gleason
c/o Kevin P. Conway
Conway & Conway
31 st Floor
1700 Broadway
New York, NY 10019

3 G. Marquez
c/o Stanley A. Twardy, Jr., Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Charles J. Gradante
Hennessee Group LLC
Elizabeth Lee Hennessee
Marc J. Grenier
c/o DePanfilis & Vallerie
25 Belden Avenue, PO Box 699
Norwalk CT 06825-0699

Sterling Stamos Capital Mgmt, LP
c/o Patrick J. McHugh
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT 06901

Robert Koltai
Hain Capital Group, LLC
Meadows Office Complex
301 Route 17, 6th Floor
Rutherford, NJ 07070

## SERVICE LIST

Bayou Offshore Fund A, Ltd.
Bayou Offshore Fund B, Ltd.
Bayou Offshore Fund C, Ltd.
Bayou Offshore Fund D, Ltd.
Bayou Offshore Fund E, Ltd.
Bayou Offshore Fund F, Ltd.
Bayou Offshore Master Fund, Ltd.
c/o Trip Finley
Diamond McCarthy Taylor Finley & Lee, L.L.P.
6504 Bridgepoint Parkway
Suite 400
Austin, TX 78730

Arntz Family Foundation
c/o Scott Berman, Esq.
Friedman Kaplan Seiler & Adelman, LLP
1633 Broadway
New York, NY 10019

6800 Capital
Bermuda Fund, L.P., Rembrandt Partners
High Sierra Investments,
Christopher C. Hill
Bruce H. C. Hill
Russell L. C. Hill
Teavis Co.
c/o Brigitte Nuss Kocheny
Gardner Carton & Douglas LLP
Suite 3700
191 North Wacker Drive
Chicago, Illinois 60606-1698

Arthur M. Brainson
Pasternak, Baum and Co., Inc.
500 Mamoroneck Avenue
Harrison, New York 10528

Myron Crystal
4285 Jubilo Drive
Tarzana, CA 91356

Citibank, N.A.
c/o E. Gates Garrity-Rokous Wiggin & Dana
One Century Tower
265 Church Street, PO Box 1832
New Haven, CT 06508-1832

Ronald Greenspan
Habib Farzana
Betsy Holland
Infomercial Consulting, LLC
Ann Keller Lingo Revocable Trust
Ken Lingo
MB Absolute Return Fund, LLC
Merlis Green Associates Defined Benefits
Pension Plan
Roy Mottahedeh
Kathryn L. Nothacker Revocable Trust
Regent University Endowment
Freddie Reiss
Alan J. Schottenstein Family Limited Partnership
Ann W. Silverstein 2001 Revocable Trust
Gayla Lynn Tolk
Ubiquitous Master Ser Trust CL A
WIP, LLC
c/o Ross B. Intelisano, Esq.
Rich & Intelisano, LLP
1 Trinity Centre
111 Broadway, Suite 1303
New York, NY 10006

Jay Kriger
Fundamental Capital
140 S. Lake Ave., Suite 251
Pasadena, CA 91101

Christine Ryall
Commodity Future Trading Commission
1155 21st Street NW
Washington, DC 2058

Longboat Capital Partners, LP
Weiner Investments, LP
Woodland Family Partners, LP
ESUM Partnership
Keystone Company
Muse Group
c/o Joseph F. McDonough
Manion, McDonough & Lucas, P.C.
Suite 1414, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Paul T. Westervelt, III
Paul T. Westervelt, Jr.
c/o Gary Joseph Gambel
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras St., Suite 400
New Orleans, LA 70139

## SERVICE LIST

Edward Besner
Katherine Coleman
Guardian One, LP
Donald MacShane, IRA
Philip S. Markin Profit Sharing Plan & Trust
William Wallert
c/o Mark A. Nebrig
Moore & VanAllen PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202

John Williams
RLA Marketing
804 Highwoods Drive
Franklin Lakes, NJ 07417

Sterling Stamos Capital Mgmt, L.P.
c/o Sung-Hee Suh, Esq.
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Paul W. Kisslinger
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010

Citibank, N.A.
c/o John K. Van De Weert
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

Ad In Partners
c/o William E. Spiro
1020 Nautilus Lne
Mamoroneck, NY 10543

Mount Rainier, LP
c/o James K. O'Brien
PMC Sierra
Mission Towers
3975 Freedom Circle, Suite 300
Santa Clara, CA 95054

Multi-Dimension Fund
c/o Sadis & Goldberg, LLC
551 Fifth Avenue, 21st Floor
New York, NY 10176

Jewish Federation of Metropolitan Chicago
c/o Kent D.B. Sinclair, Esq.
Seyfarth Shaw LLP
Suite 300
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028

Citibank, N.A.
c/o Mark B. Blocker
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

John C. Siegesmund, III
Krendl Krendl Sachnoff & Way, P.C.
370 Seventeenth St, Ste 5350
Denver, CO 80202

Eclipse Fund, LLC
Pacific Peak Partners, LP
Trail Ridge Flatiron Fund, LP
c/o Brian Cunningham
Trail Ridge Capital
4643 S. Ulster Street
Suite 1020
Denver, CO 80237

Margery Beth Feinzig
United States Attorney's Office
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

Sharon Levin
United States Attorney's Office
One St. Andrew's Plaza
New York, New York 10007

Gordon I. Macrae and G. James Cleaver
c/o Trip Finley
6504 Bridgepoint Parkway
Suite 400
Austin, TX 78730